IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAB ESSENTIALS, INC. d/b/a ALOX INTERNATIONAL LLC and as ALOX INT'L SALES CORP, a Florida corporation<br>　　　　　　Plaintiff,<br><br>v.<br><br>PDVSA SERVICES, INC., a Delaware corporation, and BARIVEN, S.A., an agency or instrumentality of a foreign state,<br>　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§   Civil Action No.: 4:09-cv-722<br>§<br>§<br>§<br>§<br>§ |

## LAB ESSENTIALS, INC. d/b/a ALOX INTERNATIONAL LLC and as ALOX INT'L SALES CORP'S
## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

　　In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and the Order for Conference and Disclosure of Interested Parties entered in this case, Plaintiff Lab Essentials, Inc. d/b/a Alox International LLC and as Alox Int'l Sales Corp ("Plaintiff") files the following certificate of interested parties, based on its current knowledge:

　　1.　　Lab Essentials, Inc. operates under the fictitious names of Alox International LLC and Alox Int'l Sales Corp (collectively referred to as Alox).

　　2.　　Lab Essentials, Inc. does not have a parent corporation and there are no publicly held companies that own any stock in Alox.

　　3.　　The principals of the company are Martin Olivares, Pablo Cardenas and Tomas Gonzalez.

HOUSTON 1027882v.1

The undersigned counsel for Plaintiff hereby certifies that the foregoing persons and entities are parties known to have a financial interest in the outcome of this litigation.

Respectfully submitted,

GARDERE WYNNE SEWELL LLP

By: /s/ José A. Berlanga
    José A. Berlanga
    SBN: 02203400/Fed. No. 2501
    Richard O. Faulk
    SBN: 06854300/Fed. No. 2497
    1000 Louisiana, Suite 3400
    Houston, Texas 77002-5007
    Telephone: (713) 276-5500
    Facsimile: (713) 276-5555

**ATTORNEYS IN CHARGE FOR PLAINTIFF LAB ESSENTIALS, INC. d/b/a Alox International LLC and as Alox International Sales Corporation**